IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01161-WJM-BNB

TAHONIE WATTS, and
LASHAWNDA JENKINS, on behalf of themselves, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

AMERICAN 0PROPERTY MAINTENANCE, INC., d/b/a Dream House, a Colorado corporation, and
BING TRAN,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Submit Plaintiffs' First Amended Collective and Class Action Complaint** [docket no. 22, filed July 22, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached First Amended Collective and Class Action Complaint for filing.

DATED:  July 28, 2014