**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-01161-WJM-BNB

TAHONIE WATTS, and
LASHAWANDA JENKINS,

    Plaintiffs,

v.

AMERICAN PROPERTY MAINTENANCE, INC., and
BING D TRAN,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Granting Joint Motion For Approval Of Settlement Agreement entered by the Honorable William J. Martínez, United States District Judge, on February 2, 2015, it is

ORDERED that

1. The Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Lawsuit (ECF No. 36) is GRANTED.

2. The settlement reached by the Parties represents a fair and equitable resolution of this action, reasonably resolves *bona fide* disagreements between the Parties regarding the merits of the claims asserted by Plaintiff, and demonstrates a good-faith intention by the Parties that the claims of the Plaintiff be fully and finally resolved, and not re-litigated in

      whole or in part at any point in the future;

3. The settlement reached by the Parties is approved by this Court;

4. Pursuant to the terms of the Parties' settlement agreement, the above-captioned action, including Plaintiff's Fair Labor Standards Act claims, and all claims for relief set forth therein, are DISMISSED WITH PREJUDICE;

5. Each party shall bear their own attorney's fees and costs, except as may otherwise be provided in the confidential settlement agreement.

Dated at Denver, Colorado this  3rd  day of February 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk